Nov. 30, 1977.

381 A.2d 888

Altersitz et al. v. Girard Trading Corporation (et al., Appellants).

Argued September 21, 1977. Charles E. McKee, with him Robert J. Donohue, for appellants; Robert J. McDonnell, and McDonnell & McDonnell, submitted a brief for appellees.

Order affirmed.

VAN der VOORT, J., did not participate in the consideration or decision of this case.